# THE HOPE FIRE INSURANCE COMPANY, *v.* STEPHEN CAMBRELLING AND OTHERS.

*Attorney — when knowledge of, is not knowledge of client.*

Cambrelling being attorney for Mrs Sherwood and Mrs. Babcock, in 1868 executed a mortgage to the latter, but did not record it. In 1869, he executed a mortgage on the same property to Mrs. Sherwood, and this mortgage was recorded. *Held,* that the party whose mortgage was recorded was entitled to the surplus money.

The rule that knowledge by a solicitor is knowledge by the client, where the solicitor is himself the borrower, has never been adopted in this State.

APPEAL from order of Special Term.

*Henry Nicoll,* for Emily Sherwood, appellant.

*C. A. Hand,* for H. C. Babcock, respondent.

Opinion by BARNARD, P. J.

Present— BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Order reversed, with costs.